**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JUDI BROWN,

            Plaintiff,

v.                                        Case No:  6:16-cv-1338-Orl-40DCI

NATIONAL AUTO DIVISION, L.L.C.,

            Defendant.
_____/

**ORDER**

This cause came on for consideration following review of the Joint Stipulation for Order of Dismissal, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 16). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on May 16, 2017.

                                            PAUL G. BYRON
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties